UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 02 2023
JEFFREY P. COLWELL
CLERK

(Plaintiff) ABDO

(Defendant(s)) V. United States, et. al.

Case No. 1:22-CV-03110-CNS-NRN,

## MOTION SEEKING LEAVE TO AMEND, IF NECESSARY. IF NOT, THIS IS ~~opposed~~ Unopposed

This is submitted under: Fed. R. Civ. P. 15(a).

## PRAYER

Plaintiff requests that this Court GRANT this motion in full and: Review the following (Second Amended Complaint) contents as summarized here & accept the Complaint.

2

## I. Changes To Operative Amended Complaint

(a) Legal Clarity: I've addressed in the "Law Applied" sections, the element of every claim, which I the cite/refer the Facts for. This includes everything from addressing the jurisdictional criteria of the 'FTCA', 'Discretionary Function Exception' and 'Private Analog' requirements to addressing the factors used in determining duty, negligence, etc... Lastly, some facts can indicate two-three distinct causes of action, for ease of the Courts review and digestion, I applied the facts to all possible constructions of claims.

(b) Format Clarity: For the "Law Applied" sections, I spaced out each paragraph or sentence, again, each one to a specific isolated legal proposition. Also, for most of the (Second Amended Complaint), I used 'wider rule paper', which allows for easier reading even though it inevitably increased the number of pages.

(c) Organization of Timeline: The (Amended Complaint, ECF No. 6), had a disordered timeline. Here, it is chronologically ordered making the facts easier to assess.

(d) Legally Accurate, Well Researched Claims: The (Amended Complaint) was rushed together to avoid any timliness challenges, thus mistakes were made. Here, I've used every resource I have to present the appropriate 'cause of action' according to the facts, with a generous, but not unuseful or redundant, amount of research, which addresses & strengthens the claims from various aspects. One minor example of a corrected mistake is the initial application of the 'Voluntary Assumption of Duty' standard, where it doesn't actually apply to persons, "required by law to take custody of another", Restatement (Second) of Torts §314A.

3

(e) **Exhaustion Clarified:** The BOP attempted very lawyerly legal subterfuge to 'exhaust' me out of court. Because this may be an issue presently, I went ahead & added a good chunk of 'exhaustion' allegations in specific detail to allow for the issue's easy resolution, IF challenged.

(f) **Absolute Sufficiency:** This being the most clear, well researched and organized legal complaint I've ever written, I'm proud to say it can withstand a 12(b) challenge by itself, no Response needed. Of course, tho, I'll respond to a dispositive motion.

(g) **Expanded Claims & Defendants:** I've not added to the 'issue facts' at all; but, I have expanded the claims & Defendants as legally meritorious. Currently, there are 18 Claims. Unless the Defendants really suprise me on a dispositive motion, I'll likely not amend again except after discovery to 'conform to the facts' if needed.

## II. Reasons To Accept Second Amended Complaint

(a) Because the Court should grant leave to amend "freely" in the interests of "justice"; moreover, for all of the reasons cited above, this Complaint will help the Court handle and adjudicate this case more efficiently.

(b) The Complaint's brutal clarity will facilitate discovery & allow for easier discovery dispute resolutions.

USP Max, PO Box 8500, Florence, CO, 81226   /// Naser Abdo

Naser Abdo    2-15-23